1:22-mj-792

4047303599        USMS                              USMS            10:12:14 a.m.   09-07-2022        4/4

AO 442 (Rev. 11/11) Arrest Warrant

AUSA: Ryan A. Particka        Telephone: (313) 226-9635
Special Agent: George Melvin  Telephone: (734) 941-5784

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
D-2 Joseph Ingram

22-20321

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* D-2 Joseph Ingram,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 Conspiracy to Commit Wire Fraud
18 U.S.C. § 1028A(a)(1) Aggravated Identify Theft

Date: JUN 24 2022

City and state: DETROIT, MICHIGAN

Julie Owens, DEPUTY CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 7/28/22, and the person was arrested on *(date)* 9/6/22
at *(city and state)* Atlanta, GA.

Date: 9/6/2022

Bryan Haley, HSI Special Agent
*Arresting officer's signature*